AKRON HYDROELECTRIC COMPANY, APPELLANT, *v.*
CITY OF CUYAHOGA FALLS ET AL., APPELLEES.

[Cite as *Akron Hydroelectric Co. v. Cuyahoga Falls* (1999), 86 Ohio St.3d 1207.]

(No. 98–2122—Submitted June 9, 1999—Decided July 28, 1999.)

———————

*Richard K. Wilcox,* for appellant.

*Virgil Arrington, Jr.,* Deputy Law Director, for appellee city of Cuyahoga Falls.

*Brouse & McDowell* and *J. Bruce Hunsicker,* for appellee Powerhouse at Water's Edge, Ltd.

———————

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.